*This case was not selected for publication in the Federal Reporter*

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Juan Alberto MONTES, Jr., also known as Jose Maria Gonzalez, also known as Jorge Montes–Ramos, Defendant–Appellant.**

**United States of America, Plaintiff–Appellee,**

v.

**Juan Alberto Montes, Jr., also known as Jose Maria Gonzalez, Defendant–Appellant.**

**Nos. 06–50766, 06–50769 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 6, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Before REAVLEY, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Juan Alberto Montes, Jr., raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

*This case was not selected for publication in the Federal Reporter*

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.